**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BRYCE FRANKLIN,

Plaintiff(s),

v. No. 2:23-cv-01000-SMD-JHR

KEVIN QUIGLEY, et al.,

Defendant(s).

**ORDER**

**THIS MATTER** is before the Court on Plaintiff Bryce Franklin's Motion for an Order to Show Cause Why NMCD Should Not Be Held in Contempt (Doc. 19) (the "Motion"). The Court has reviewed the parties' submissions, the record, and the relevant law, and for the reasons below, the Motion is **DENIED AS MOOT**.

**BACKGROUND**

On December 9, 2024, the Court ordered Defendants to file an answer and a Martinez Report. (Doc. 7). Plaintiff subsequently filed the Motion, asking the Court to order the New Mexico Corrections Department to show cause why it should not be held in contempt for failing to submit the *Martinez* Report. (Doc. 19).

On June 17, 2025, the Court granted Defendants an extension of time to file the *Martinez* Report and extended the deadline to July 1, 2025 (Doc. 22). Defendants filed the Martinez Report on July 1, 2025 (Doc. 23).

**LEGAL STANDARD**

Article III requires a live case or controversy throughout all stages of federal judicial proceedings. *Chafin v. Chafin*, 568 U.S. 165, 172(2013); *Brown v. Buhman*, 822 F.3d 1151,

1165–66 (10th Cir. 2016). A matter becomes moot when intervening circumstances eliminate the parties' legally cognizable interest in the requested relief. *Brown*, 822 F.3d at 1165–66

**DISCUSSION**

Plaintiff sought an order requiring NMCD to show cause for its failure to submit the Martinez Report. (Doc. 19). After Plaintiff filed the Motion, however, the Court extended Defendants' deadline to July 1, 2025. (Doc. 22). Defendants filed the Martinez Report on that date. (Doc. 23).

Thus, Defendants therefore complied with the Court's operative deadline, and the record provides no basis for the requested show-cause order. Because the Martinez Report has been filed and there is no outstanding violation of the Court's order requiring its submission, the Court can grant no effectual relief on Plaintiff's Motion. The Motion is therefore moot.

**CONCLUSION**

**IT IS THEREFORE ORDERED** that Plaintiff Bryce Franklin's Motion for an Order to Show Cause Why NMCD Should Not Be Held in Contempt (Doc. 19) is **DENIED AS MOOT**.



**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**